1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

10

11   FRED FAST,                        Civil No.  3:10-cv-05515-RBL-KLS

12        Plaintiff,

13        vs.                          ORDER OF REMAND

14   MICHAEL J. ASTRUE,
     Commissioner of Social Security

15

        Defendant

16

17        Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision

18   in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social

19   Security Act be REVERSED and REMANDED to the Commissioner of Social Security for

20   further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ will

21   re-evaluate the medical evidence, including the opinions of Drs. Lewis and Neims; reassess the

22   residual functional capacity in light of the accepted evidence from three lay witnesses that the

23   claimant had mental and physical pace limitations; re-evaluate the claimant's testimony, and if

24   necessary, provide clear reasons for finding it not credible; if necessary, obtain supplemental

vocational testimony to address the revised residual functional capacity and issue a new decision.

DATED this 23rd day of February, 2011.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE



Presented by:

s/ Kathy Reif
KATHY REIF
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3851
Fax:  (206) 615-2531
Kathy.reif@ssa.gov