10-CV-05515-JGM

| FILED | LODGED |
| RECEIVED | |

FEB 24 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FRED FAST, | Civil No. 3:10-CV-05515-RBL-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on February 23, 2011.

DATED this 23rd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

Page 1     JUDGMENT - [3:10-CV-05515-RBL-KLS]